# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MATTHEW D. MIATKE (CONVERTED TO CH 7) & CHARITY A. MIATKE    Case Number: 07-70475
304 NORTH 3RD STREET    SSN-xxx-xx-0749 & xxx-xx-8425
OREGON, IL  61061

Case filed on: 3/5/2007
Plan Confirmed on: 6/29/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,521.52    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 012 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MATTHEW D. MIATKE (CONVERTED TO CH 7) | 0.00 | 0.00 | 145.84 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 145.84 | 0.00 |
| 002 | COUNTRYWIDE HOME LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 8,591.67 | 8,591.67 | 689.53 | 0.00 |
| 005 | CAPITAL ONE | 456.24 | 456.24 | 33.20 | 0.00 |
| 006 | CORNERSTONE CLINIC | 729.82 | 729.82 | 55.83 | 0.00 |
| 007 | FHN MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROCKFORD MERCANTILE AGENCY INC | 1,399.67 | 1,399.67 | 107.07 | 0.00 |
| 009 | FHN PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PREMIER BANKCARD/CHARTER | 335.75 | 335.75 | 20.47 | 0.00 |
| 011 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | KSB | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | KSB | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 525.18 | 525.18 | 36.15 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 558.49 | 558.49 | 38.44 | 0.00 |
| 017 | ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GMAC | 5,710.25 | 5,710.25 | 458.28 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 1,755.59 | 1,755.59 | 134.31 | 0.00 |
|  | Total Unsecured | 20,062.66 | 20,062.66 | 1,573.28 | 0.00 |
|  | Grand Total: | 22,562.66 | 22,562.66 | 4,219.12 | 0.00 |

Total Paid Claimant:    $4,219.12
Trustee Allowance:    $302.40
Percent Paid Unsecured:    7.84

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/29/2008    By  /s/Heather M. Fagan